# United States District Court
## Southern District of Florida

UNITED STATES OF AMERICA
Plaintiff

CASE NUMBER: CR: 14-2691-Good MGH

VS.

REPORT COMMENCING CRIMINAL ACTION

Victor Levell JR
Defendant

04634-000
USMS NUMBER

TO: CLERK'S OFFICE
U.S. DISTRICT COURT

MIAMI (circled) FT. LAUDERDALE W. PALM BEACH
(CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

COMPLETE ALL ITEMS. INFORMATION THAT IS NOT APPLICALBE, MARK N/A

(1) DATE AND TIME OF ARREST: 6/4/14 A.M. ✓ P.M. ____

(2) LANGUAGE SPOKEN: English

(3) OFFENSE CHARGED: Parole Violation

(4) DATE OF BIRTH: 10/17/71

(5) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
{ } INDICTMENT { } COMPLAINT TO BE FILED/ALREADY FILED
{ } BENCH WARRANT FOR FAILURE TO APPEAR
{ } PROBATION VIOLATION WARRANT
{ } PAROLE VIOLATION WARRANT
**ORIGINAL DISTRICT:** S/FL

(6) REMARKS: ____

(7) DATE: ____ (8) ARRESTING OFFICER: ____

(9) AGENCY: USMS (10) PHONE: ____

(11) COMMENTS: ____