H 9498341

Memorandum

RECEIVED
US MARSHALS SERVICE
M.A.F.U.

2014 APR -8 PM 4:21

**Subject**

**WARRANT APPLICATION & WARRANT**
[illegible]
[illegible]

**Date**

**March 25, 2014**

**To**

U.S. Marshal
Southern District of Florida
400 North Miami Avenue
Sixth Floor
Miami, FL 33128

**From**

Sarah K. Asbury-Baca
Case Analyst
U. S. Parole Commission

Enclosed are the Warrant Application and Warrant issued by the United States Parole Commission for the above-named parolee. Please notify the Parole Commission promptly of all developments concerning the disposition of this warrant.

**Please assume custody as soon as possible or when located. If the parolee is already in the custody of federal or state authorities, do not execute this warrant. Place a detainer and notify the Commission. Also, if a criminal arrest warrant has been issued for this parolee, execution of such criminal warrant shall take precedence.**

**If the prisoner is sentenced to a new Federal or State term of imprisonment, place the warrant as a detainer and indicate the institution designated for service of sentence.**

After execution of the Warrant, (1) give one copy of Warrant Application to the prisoner; (2) provide one copy of the Warrant Application to the Probation Officer as soon as practical after taking custody; and (3) advise the Parole Commission that the subject is in custody (noting the place of confinement and the date Warrant was executed).

When prisoner is returned to the designated institution, leave one Warrant and one Warrant Application with the Warden. Make your return on the other Warrant to the Parole Commission.

**PROBATION OFFICER.** Please keep the Commission advised of all further developments in this case. If there has been a conviction of an offense committed while under supervision for which a term of imprisonment is authorized by law (even if no term of imprisonment is imposed in this case), do not conduct a preliminary interview unless the Parole Commission specifically orders that one be conducted.

Enclosure

cc: Teresa Graham
Supervision Officer
Southern District of Florida
14601 Oak Lane
Miami Lakes, FL 33016

SKA

**Levell, Victor**
**Reg. No. 04634-000**

# WARRANT

U.S. Department of Justice
United States Parole Commission

14-2691-JG

**To Any Federal Officer Authorized to Serve Criminal Process Within the United States:**

WHEREAS, Levell, Victor, Reg. No. 04634-000, was sentenced by the United States Army to serve a sentence of 40 years for the crime of Murder, Unauthorized Absence, Damage to Military Property, Assault by Battery, Assault on Military Police in Execution of His Duties and was on July 10, 2009 released on parole from Miami CCM with 9,137 days remaining to be served;

AND, WHEREAS, reliable information has been presented to the undersigned Member of this Commission that said released prisoner named in this warrant has violated one or more conditions of his release;

NOW, THEREFORE, this is to command you by the authority of §4213, Title 18, U S.C., to execute this warrant by taking the above-named, wherever found in the United States, and hold him in your custody either until he is released by order of the Parole Commission, or until you are authorized to transport him for further custody.

WITNESS my hand and the seal on March 25, 2014

Isaac Fulwood 3/26/14
U.S. Parole Commissioner

**Levell, Victor**
**Reg. No. 04634-000**

**U.S. DEPARTMENT OF JUSTICE**
**UNITED STATES PAROLE COMMISSION**

**WARRANT APPLICATION**

Name.....................................**Levell, Victor**

Reg. No.................................**04634-000**
FBI No.....................................**294 25P A7**
Birth Date...............................**October 17, 1971**
Race.......................................**Black**

Date.........................................**March 25, 2014**
Parole Termination Date..........**July 15, 2034**
Violation Date..........................**November 10, 2013**
Released...................................**July 10, 2009**

Sentence Length.....................**40 years**
Original Offense....................**Murder, Unauthorized Absence, Damage to Military Property, Assault by Battery, Assault on Military Police in Execution of His Duties**

You shall, unless you have been convicted of a new offense, be given a preliminary interview by an official designated by a Parole Commissioner to determine if there is probable cause to believe that you have violated the conditions of your release, and if so, whether to release you or hold you for a revocation hearing.

At your preliminary interview and any subsequent revocation hearing you may present documentary evidence and voluntary witnesses on your behalf, and, if you deny the charge(s) against you, you may request the presence of those who have given information upon which the charges are based. Such witnesses will be made available for questioning unless good cause is found for their non-appearance.

You may be represented by an attorney or other representative of your choice, or, if you are unable to pay for counsel, an attorney will be provided by the U.S. District Court if you will fill out and promptly return a Form CJA-22 to a U.S. Probation Officer.

If, after a revocation hearing, you are found to have violated the conditions of your release the Commission may: (1) restore you to supervision, and, if appropriate, (a) reprimand you; (b) modify your conditions of supervision; or (c) refer you to a residential community treatment center for the remainder of your sentence; or (2) revoke your parole or mandatory release, in which case the Commission will also decide when to consider you for further release.

If you have been convicted of a new offense (committed while on parole) which is punishable by a term of imprisonment, you will not receive sentence credit for the time you spent on parole. **Exception: For cases heard in the 9th Circuit beginning on October 22, 1990, the Commission will exercise discretion, in accordance with 28 C.F.R. 2.52 (Appendix), prior to ordering the forfeiture of sentence credit for the time spent on parole.**

If the Commission finds that you absconded or otherwise refused to submit to parole supervision, the Commission may order that you not receive credit toward service of your sentence for that amount of time.

In addition, if you are a special parole term violator, you will not receive credit toward service of your sentence for the time you spent on parole.

**CHARGES:**

**Charge No. 1 - Law Violation. a) Robbery - Strong Arm b) Burglary c) Domestic Battery d) Criminal Mischief.** On 11/10/2013, the releasee approached the victim's car as she sat in it at the Shell Gas Station located at 3201 SW 160th Avenue Miramar, FL. The releasee began yelling at the victim through the window and then punched the victim several times in the face, striking her left eye and mouth. When the victim was able to roll up her window, the releasee went around the vehicle, entered the vehicle through the passenger side and

continued to punch the victim. The releasee also tried to steal the victim's wallet and cell phone and when he was unsuccessful, he attempted to tear the rear-view mirror from the car. The damage to the mirror and roof of the car is estimated to be over $1500. The releasee was arrested for the above-cited offenses by Officer Oscar Mendoza of the Miramar Police Department on 11/10/2013. This charge is based on the information contained in the violation report dated 1/13/2014 from supervising officer Teresa Graham and a police report dated 11/10/2013. Status of Custody/Criminal Proceedings: Subject is currently held at the Broward County Jail in Fort Lauderdale, FL / next court date is scheduled for 4/17/2014.

a. **I ADMIT [ ] or DENY [ ] this charge.**
b. **I ADMIT [ ] or DENY [ ] this charge.**
c. **I ADMIT [ ] or DENY [ ] this charge.**
d. **I ADMIT [ ] or DENY [ ] this charge.**

**Preliminary Interview IS Required**

Warrant Issued.................. **March 25, 2014**

**Warrant Recommended By:**

**Sarah K. Asbury-Baca, Case Analyst**
**U. S. Parole Commission**

Probation Office Requesting Warrant. **Southern District of Florida, Miami - Lakes**